

**This page is part of your document - DO NOT DISCARD**



## 20221200221



Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/27/22 AT 11:52AM**

| | |
|---|---|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |



**LEADSHEET**



202212270240019

00023076990



013843019

SEQ:
01

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

CV-22-07410 Notices of Pe

*E521946*

| | |
|---|---|
| 1 | MADELINE O'CONNOR (NYRN 4918421)<br>Assistant United States Attorney |
| 2 | United States Attorney's Office<br>Eastern District of New York |
| 3 | 610 Federal Plaza<br>Central Islip, New York 11722 |
| 4 | Telephone: (631) 715-7870 |
| 5 | Email: madeline.oconnor@usdoj.gov |
| 6 | Attorney for United States of America |

7             This instrument is exempt from Recording Fees (Govt. Code § 27383)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 103, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO. et al.,<br><br>    Defendants *in rem*. | CASE NO. CV 22-7410 (DLI) (PK)<br><br>NOTICE OF PENDENCY OF ACTION (LIS PENDENS) AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT:<br><br>432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 103, BEVERLY HILLS, CALIFORNIA 90210<br><br>APN: 4342-037-004<br><br>Record Owner: 73DT Business Properties, LLC a California Limited Liability Company |

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to a Verified Complaint *in rem*, a copy of which is attached hereto as Exhibit A, filed by the United States of America on December 7, 2022, to secure judicial forfeiture of the real property and premises known as 432 North Oakhurst Drive, Condominium Unit 103, Beverly Hills, California 90210, together with its appurtenances, improvements, fixtures, easements, furnishings and attachments thereon, as well as all leases, rents and profits therefrom, and all proceeds traceable thereto (APN 4342-037-004) situated in Los Angeles County, State of California and further described in Exhibit B, which is attached hereto.

The Verified Complaint *in rem*, alleges that the real property located at 432 North Oakhurst Drive, Condominium Unit 103, Beverly Hills, California 90210 is subject to forfeiture to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) and/or 31 U.S.C. § 5535(e).

The owner of record to the said real property is 73DT Business Properties, LLC a California Limited Liability Company.

DATED: 12/16/2022

Respectfully submitted,

BREON PEACE
United States Attorney

*Madeline O'Connor by ev*
Madeline O'Connor
Assistant United States Attorney

<CENTER>CERTIFICATE OF SERVICE</CENTER>

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is a FSA employee working at the United States Attorney's Office for the Eastern District of New York and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Pendency of Action (Lis Pendens) as to Real Property and Improvements located at 432 North Oakhurst Drive, Condominium Unit 103, Beverly Hills, California 90210

to be served this date via certified mail delivery (return receipt requested) and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

73DT Business Properties LLC at:

432 North Oakhurst Drive, Unit 103, Beverly Hills, California 90210

432 North Oakhurst Drive, Unit 203, Beverly Hills, California 90210

73DT Business Properties LLC, c/o Yosef Manela at:

6300 Wilshire Blvd – Suite 2030, Los Angeles, California 90048

7D Business Bureau, Inc., c/o Yosef Manela at:

6300 Wilshire Blvd – Suite 2030, Los Angeles, California 90048

Yosef Manela at:

6300 Wilshire Blvd – Suite 2030, Los Angeles, California 90048

c/o Edward M. Robbins, Jr., Esq, 9150 Wilshire Blvd., Suite 300, Beverly Hills, California 90212

First American Title Company at:

10535 Foothill Blvd. Suite 282, Rancho Cucamonga, California 91730

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 16 day of December, 2022, Brooklyn, New York

*/s/ Elizabeth Valeriane*
ELIZABETH VALERIANE
FSA Senior Law Clerk
Asset Recovery Section