**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.: 22-cv-7410 (DLI) (PK) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| 432 North Oakhurst Drive, etc., et al., | |
| Defendants. | |

      **PLEASE TAKE NOTICE** that Ryan P. Poscablo of Steptoe & Johnson LLP hereby

enters appearance in the above-captioned matter as counsel for Claimants 73DT Business

Enterprises, LLC and 7D Business Bureau, Inc.

      I certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
       January 18, 2023

STEPTOE & JOHNSON LLP

By: */s/ Ryan P. Poscablo*
    Ryan P. Poscablo
    STEPTOE & JOHNSON LLP
    1114 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 506-3921
    Fax: (212) 506-3950
    E-mail: rposcablo@steptoe.com

    *Counsel for 73DT Business Enterprises,*
    *LLC and 7D Business Bureau, Inc.*