Ryan P. Poscablo
212 506 3921
rposcablo@steptoe.com

Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

January 18, 2023

**VIA CM/ECF**

Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> *Re: United States v. 432 North Oakhurst Drive, etc., et al., No. 1:22-cv-07410 (DLI) (PK)*

Dear Judge Irizarry,

    We are counsel for 73DT Business Enterprises, LLC and 7D Business Bureau, Inc. (collectively, "Claimants"), who are claimants in the above-captioned matter. We were only recently retained and first met and conferred with the Government earlier today. We respectfully submit this request for a 30-day extension of time to file our Notice of Claim, currently due on January 20, 2023, and our Answer, currently due on February 10, 2023. The Government consents to this request, which should give us adequate time to prepare our responses to the Complaint.

    If the 30-day extension is granted, our Notice of Claim would be due on February 21, 2023 and our Answer would be due on March 14, 2023. This request is the first request for an extension made by counsel for Claimants.

    We thank the Court for its consideration.

Respectfully submitted,

Ryan P. Poscablo
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
212.506.3900
rposcablo@steptoe.com