| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>United States | COURT CASE NUMBER<br>22-CV-07410 (DLI) (PK) |
| DEFENDANT<br>$383,073.83 USC seized from Stifel Nicolaus & Co. Account ending in 9142 | TYPE OF PROCESS<br>Seizure Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 Cadman Plaza East, Brooklyn, New York 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| BREON PEACE United States Attorney - Eastern District of New York<br>610 Federal Plaza, Central Islip, New York 11722<br>Attn: AUSA Madeline O'Connor | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please take custody of the funds, pursuant to the seizure warrant executed on or about December 16, 2022 and deposit into the SADF, pending further Court order and instruction.

CATS ID #: 23-FBI-000968

| Signature of Attorney other Originator requesting service on behalf of:<br>Madeline O'Connor by EV  Digitally signed by Madeline O'Connor by EV Date: 2023.02.06 12:33:03 -05'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>631-715-7870 | DATE<br>2/6/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 53 | District to Serve<br>No. 53 | Signature of Authorized USMS Deputy or Clerk<br>MARVELLA JEFFERSON  Digitally signed by MARVELLA JEFFERSON Date: 2023.02.07 11:25:45 -05'00' | Date<br>2/7/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>2/7/2023 | Time<br>☐ am<br>☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>MARVELLA JEFFERSON  Digitally signed by MARVELLA JEFFERSON Date: 2023.02.07 11:26:15 -05'00' | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

$83,073.83 deposited into SADF on 2/3/2023.

D53:2022-CV-07410-1

Form USM-285
Rev. 03/21

BGK:MMO
F. #2022V03577

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

      -against-

REAL PROPERTY AND PREMISES KNOWN AS
432 NORTH OAKHURST DRIVE,
CONDOMINIUM UNIT 103, BEVERLY HILLS,
CALIFORNIA 90210, AND ALL PROCEEDS
TRACEABLE THERETO, et al.,

        Defendants *In Rem*.

- - - - - - - - - - - - - - - - - - - - - - -X

WARRANT FOR ARREST OF
ARTICLES *IN REM*

22-CV-7410 (DLI)(PK) *dli 12/14/22*

TO: THE FEDERAL BUREAU OF INVESTIGATION, UNITED STATES MARSHALS SERVICE, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, a Verified Complaint *In Rem* was filed on December 7, 2022, in the United States District Court for the Eastern District of New York (the "Verified Complaint"), alleging, *inter alia*, that:

> any and all funds on deposit in Stifel Nicolaus & Co. account number ending in 9142, held in the name of 7D Business Bureau Inc., and all proceeds traceable thereto

(the "Defendant Account"), is subject to seizure and forfeiture to the United States of America, in accordance with: (a) 18 U.S.C. § 981(a)(1)(A), as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and/or 1957, or property traceable to such property; (b) 18 U.S.C. § 981(a)(1)(C), as property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1344, and/or 50

1

U.S.C. § 1705(a) (International Emergency Economic Powers Act ("IEEPA")), or a conspiracy to commit such offenses; and/or (c) 31 U.S.C. § 5335(e), as property involved in a violation of 31 U.S.C. § 5335, or a conspiracy to commit such violation, and property traceable thereto.

WHEREAS, the Court being satisfied that, based on the Verified Complaint, there is probable cause to believe that the Defendant Account is subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), and 31 U.S.C. § 5335(e), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist pursuant to Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules").

YOU ARE, THEREFORE, HEREBY COMMANDED to seize and maintain custody of the Defendant Account until further order of the Court respecting the same. The United States Marshals Service ("USMS") and the Federal Bureau of Investigation ("FBI"), their authorized agents, duly designated representatives and/or contractors, shall use their discretion and whatever means appropriate to protect and maintain the Defendant Account; and

IT IS FURTHER ORDERED that the United States Attorney's Office ("USAO"), the USMS and/or the FBI, or their authorized agents, representatives and/or contractors shall serve upon all potential claimants to the Defendant Account a copy of this Warrant and the Verified Complaint in a manner consistent with the principles of service of process of an action *in rem* under Supplemental Rule G and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in the Eastern District of New York, pursuant to Supplemental Rule G(4); and

NOTICE IS HEREBY GIVEN that all persons claiming an interest in the Defendant Account shall file their verified claim and statement of interest under penalty of perjury within thirty-five (35) days after service of the Verified Complaint or, as applicable, no later than thirty (30) days after the final date of publication of notice of the filing of the Verified Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5). In addition, any person having filed such a claim or statement of interest must also file an answer to the complaint no later than twenty-one (21) days after the filing of the statement. All claims and answers must be filed with the Office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Madeline O'Connor, Assistant United States Attorney, United States Attorney's Office for the Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Brooklyn, New York
December 14, 2022

HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK