UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                 v.<br><br>REAL PROPERTY AND PREMISES KNOWN AS 432 N. OAKHURST DRIVE, etc., et al.<br><br>                 Defendants. | NOTICE OF CLAIM<br><br>Case No. 22-CV-7410-DLI-PK |

Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and this Court's Order extending the deadline for this claim to February 21, 2023, Claimant Yosef Manela, by and through undersigned counsel, hereby files this verified claim and asserts Claimant's right and interest in the Defendants in rem in this action.

Claimant is the principal of Manela and Co., a Los-Angeles based accounting firm that provided various services, including accounting and management services, to 73DT Business Enterprises, LLC (73DT) and 7D Business Bureau, Inc. (7D). 7D is the Managing Member of 73DT; the entities control and own the Defendants in rem. As a result of the services Claimant provided to 7D and 73DT, Claimant obtained an economic interest in Defendants in rem. This interest is reflected in Deeds of Trust and UCC-1 Financing Statements recorded with respect to Defendants in rem, 7D and 73DT. *See, e.g.,* UCC Financing Statement 202206659079 (recorded in Los Angeles County, California); Deed of Trust 20220659077 (recorded in Los Angeles County, California).

Claimant did not culpably participate in the activity alleged as the basis for forfeiture in the complaint. As a result of the foregoing, Claimant respectfully requests return of Claimant's property and the right to defend this action. The total secured lien amount is $1 million.

Date of Service: February 21, 2023

Respectfully submitted,

By: */s/ Sanjay Bhandari*

Sanjay Bhandari
BUCHALTER PC
655 W. Broadway, Suite 1600
San Diego, CA 92101
Tel: (619) 219-5335
Fax: (619) 219-5344
Email: sbhandari@buchalter.com

## VERIFICATION

I, Yosef Y. Manela, hereby declare that I have read the foregoing Notice of Claim. I verify and declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2023, in Los Angeles, California.

_____
Yosef Y. Manela

CERTIFICATE OF SERVICE

       I hereby certify that on February 21, 2023, the foregoing document was filed with the Clerk of the Court and served via CM/ECF in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Madeline O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office for the Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722
Madeline.OConnor@usdoj.gov
*Attorney for Plaintiff United States*

Ryan P. Poscablo
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
rposcablo@steptoe.com
*Attorneys for Claimants 73DT Business Enterprises, LLC and 7D Business Bureau, Inc.*

Dated: February 21, 2023

                                            */s/ Sanjay Bhandari*

                                            Sanjay Bhandari
                                            BUCHALTER PC
                                            655 W. Broadway, Suite 1600
                                            San Diego, CA 92101
                                            Tel: (619) 219-5335
                                            Fax: (619) 219-5344
                                            Email: sbhandari@buchalter.com