**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA,                              :<br><br>                    Plaintiff,<br><br>              -against-<br><br>REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 103, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;<br><br>REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 203, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;<br><br>ANY AND ALL FUNDS ON DEPOSIT IN STIFEL NICOLAUS & CO. ACCOUNT NUMBER ENDING IN 9142, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACEABLE THERETO; and<br><br>ANY AND ALL FUNDS ON DEPOSIT IN CITIZENS BUSINESS BANK ACCOUNT NUMBER ENDING IN 7135, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACABLE THERETO,<br><br>                    Defendants *In Rem* | **DECLARATION OF STEVEN R. WELK IN SUPPORT OF CLAIMANTS 73DT BUSINESS PROPERTIES, LLC, AND 7D BUSINESS BUREAU INC.'S MOTION TO DISMISS**<br><br>Civil Action No. 22-CV-7410 |

---------------------------------X

Pursuant to 28 U.S.C. § 1746, I, Steven R. Welk, declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney at the law firm of Steptoe & Johnson, LLP, counsel for Claimants in this action, and one of the attorneys responsible for representing Claimants. I am duly licensed in California and a variety of U.S. federal courts.

2. I submit this declaration in support of 73DT Business Properties, LLC and 7D Business Bureau, Inc.'s motion to dismiss the United States of America's complaint in the above-captioned action. I have personal knowledge of the facts set forth in this declaration.

3. Attached hereto as Exhibit 1 is a true and complete copy of the Articles of Incorporation of 7D Business Bureau, Inc., filed with the California Secretary of State on July 25, 2013. I obtained Exhibit 1 by visiting the public website of the California Secretary of State at https://bizfileonline.sos.ca.gov/search/business on December 20, 2022, typing in the name of the entity, and downloading an electronic copy of the filing.

4. Attached hereto as Exhibit 2 is a true and complete copy of the Articles of Organization of 73DT Business Properties, LLC, filed with the California Secretary of State on July 25, 2013. I obtained Exhibit 2 by visiting the public website of the California Secretary of State at https://bizfileonline.sos.ca.gov/search/business on December 20, 2022, typing in the name of the entity, and downloading an electronic copy of the filing.

Dated: March 13, 2023
Huntington Beach, California

*[signature]*

STEVEN R. WELK