UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br><br>                       Plaintiff,<br><br>      -against-<br><br>REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 103, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;<br><br>REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 203, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;<br><br>ANY AND ALL FUNDS ON DEPOSIT IN STIFEL NICOLAUS & CO. ACCOUNT NUMBER ENDING IN 9142, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACEABLE THERETO; and<br><br>ANY AND ALL FUNDS ON DEPOSIT IN CITIZENS BUSINESS BANK ACCOUNT NUMBER ENDING IN 7135, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACABLE THERETO,<br><br>                  Defendants *In Rem* | DECLARATION OF YULIYA LUY IN SUPPORT OF CLAIMANTS 73DT BUSINESS PROPERTIES, LLC, AND 7D BUSINESS BUREAU INC.'S MOTION TO DISMISS<br><br>Civil Action No. 22-CV-7410 |

------------------------------------X

    Pursuant to 28 U.S.C. § 1746, I, Yuliya Luy, declare under penalty of perjury of the laws of the United States of America that the following is true to the best of my knowledge, information, and belief:

    1. I am a solicitor of Supreme Court of England and Wales, Solicitors Regulation authority number: 504374, currently an associate at the London office of the law firm of Steptoe &

Johnson UK LLP, counsel for Claimants in this action. I am duly qualified as a lawyer in England and Wales, United Kingdom.

2. I submit this declaration in support of 73DT Business Properties, LLC and 7D Business Bureau, Inc.'s motion to dismiss the United States of America's complaint in the above-captioned action. I have personal knowledge of the facts set forth in this declaration.

3. Attached hereto as Exhibit 1 is a true and complete copy of the Divorce Court Decision dated 25 February 2020 in Case No. 755/19592/19. I obtained Exhibit 1 by visiting the public website of the Ukrainian court system at https://court.gov.ua/fair/ on 13 March 2023, by typing in the name of one of the parties in the Ukrainian language "Терехова Оксана Володимирівна" (translated into English as: Terekhova Oksana Vladimirovna). I then found the divorce case number 755/19592/19 next to this surname, and when I clicked on this reference number, I was directed to the Unified State Register of Court Decisions in Ukraine at https://reyestr.court.gov.ua/, where I then downloaded an electronic copy of the divorce court decision.

4. Attached hereto as Exhibit 2 is an English translation of the Divorce Court Decision dated 25 February 2020 in the Case No. 755/19592/19 (Exhibit 1). I certify that I am fluent in English and Ukrainian, and that the Exhibit 2 document is an accurate translation of the Exhibit 2.

Dated: March 14, 2023

London, United Kingdom

YULIYA LUY