BGK:MMO
F. #2022V03577

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

            Plaintiff,

         -against-

REAL PROPERTY AND PREMISES KNOWN AS 432
NORTH OAKHURST DRIVE, CONDOMINIUM UNIT
103, BEVERLY HILLS, CALIFORNIA 90210, AND ALL
PROCEEDS TRACEABLE THERETO;

REAL PROPERTY AND PREMISES KNOWN AS 432
NORTH OAKHURST DRIVE, CONDOMINIUM UNIT
203, BEVERLY HILLS, CALIFORNIA 90210, AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN STIFEL
NICOLAUS & CO. ACCOUNT NUMBER ENDING
IN 9142, HELD IN THE NAME OF 7D BUSINESS
BUREAU INC., AND ALL PROCEEDS TRACEABLE
THERETO; and

ANY AND ALL FUNDS ON DEPOSIT IN CITIZENS
BUSINESS BANK ACCOUNT NUMBER ENDING IN
7135, HELD IN THE NAME OF 7D BUSINESS BUREAU
INC., AND ALL PROCEEDS TRACABLE THERETO,

            Defendants *In Rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

DECLARATION OF
ASSISTANT U.S. ATTORNEY
MADELINE O'CONNOR

22-CV-7410 (DLI) (PK)

      MADELINE O'CONNOR declares as follows:

      I am an Assistant United States Attorney, of counsel to Breon Peace, United States Attorney, Eastern District of New York, attorney for plaintiff United States of America ("United States" or the "government"). I submit this declaration in support of the United States' Motion to Strike the Claims Filed by 7D Business Bureau, Inc. ("7D") and 73DT Business Properties, LLC ("73DT") Under the Fugitive Disentitlement Doctrine.

1.     Annexed hereto as Exhibit A is a copy of the Responses and Objections of Claimant 7D Business Bureau, Inc. to United States' First Set of Special Interrogatories to Claimant 7D Business Bureau, Inc.

2.     Annexed hereto as Exhibit B is a copy of the Responses and Objections of Claimant 73DT Business Properties, LLC to United States' First Set of Special Interrogatories to Claimant 73DT Business Properties, LLC.

3.     Attached hereto as Exhibit C is a copy of a Statement of Information for 7D that was filed with the State of California, Office of the Secretary of State, on February 2, 2023, which was obtained from the California Secretary of State's website https://bizfileonline.sos.ca.gov/search/business.  This Statement of Information states that Yosef Manela ("Manela") is the "Chief Executive Officer, Secretary, Chief Financial Officer" and "Director" of 7D.

4.     Attached hereto as Exhibit D is a copy of a Statement of Information for 7D that was filed with the State of California, Office of the Secretary of State, on February 27, 2023, which was obtained from the California Secretary of State's website https://bizfileonline.sos.ca.gov/search/business.  This Statement of Information states that Zaourbek Sagaev ("Sagaev") is the "Chief Executive Officer, Secretary, Chief Financial Officer," "Director" and "President" of 7D.

5.     Attached hereto as Exhibit E is a copy of a Statement of Information for 73DT that was filed with the State of California, Office of the Secretary of State, on February 2, 2023, which was obtained from the California Secretary of State's website https://bizfileonline.sos.ca.gov/search/business. This Statement of Information states that Manela is the "Manager or Member" of 73DT.

6.     Attached hereto as Exhibit F is a copy of a Statement of Information for 73DT that was filed with the State of California, Office of the Secretary of State, on February 27, 2023, which was obtained from the California Secretary of State's website https://bizfileonline.sos.ca.gov/search/business.  This Statement of Information states that Sagaev is the "Manager or Member" of 73DT

7.     On January 17, 2023, I received an email from counsel for claimants 7D and 73DT stating that they represent 7D, 73DT and Oksana Terekhova with respect to the above-captioned civil forfeiture case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  Central Islip, New York
        July 17, 2023

/s/ Madeline O'Connor
Madeline O'Connor
Assistant United States Attorney