# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

---------------------------------X

UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 103, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;

REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 203, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN STIFEL NICOLAUS & CO. ACCOUNT NUMBER ENDING IN 9142, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACEABLE THERETO; and

ANY AND ALL FUNDS ON DEPOSIT IN CITIZENS BUSINESS BANK ACCOUNT NUMBER ENDING IN 7135, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACABLE THERETO,

       Defendants *In Rem*

**DECLARATION OF RYAN P. POSCABLO**

Civil Action No. 22-CV-7410

---------------------------------X

  Pursuant to 28 U.S.C. § 1746, I, Ryan P. Poscablo, declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

  1.  I am an attorney at the law firm of Steptoe & Johnson, LLP, counsel for claimants 73DT Business Properties, LLC and 7D Business Bureau, Inc. ("Claimants") in this action, and one of the

attorneys responsible for representing Claimants. I am duly licensed in New York and a variety of U.S. federal courts, including the Eastern District of New York and the Second Circuit Court of Appeals.

2. I submit this declaration in support of Claimants' Memorandum of Law in Opposition to the Government's Motion to Strike. I have personal knowledge of the facts set forth in this Declaration.

3. Attached hereto as Exhibit A is a true and complete copy of the letter from Ed Robbins relating to the instant action on December 19, 2022.

4. Attached hereto as Exhibit B is a true and complete copy of my February 6, 2023-March 14, 2023 email exchange with Assistant United States Attorney Artie McConnell.

5. Attached hereto as Exhibit C is a true and complete copy of co-counsel Steven R. Welk's January 17, 2023 email to Assistant United States Attorney Madeline O'Connor.

Dated: August 28, 2023
New York, NY

Ryan P. Poscablo, Esq.
Steptoe & Johnson LLP