# EXHIBIT A

LAW OFFICES

# HOCHMAN SALKIN TOSCHER PEREZ P.C.

EDWARD M. ROBBINS, JR.
DIRECT LINE
(310) 801-4573
E-MAIL
EdR@taxlitigator.com

9100 WILSHIRE BOULEVARD
SUITE 900W
BEVERLY HILLS, CALIFORNIA 90212-3414

TAXLITIGATOR

TELEPHONE
(310) 281-3247

FACSIMILE
(310) 859-5129

December 19, 2022

Dear Andrii Derkach and Oksana Terekhova:

Re:    Real Property And Premises Known As
432 North Oakhurst Drive,
Condominium Unit 103, Beverly Hills,
California 90210, And All Proceeds
Traceable Thereto;

Real Property And Premises Known As
432 North Oakhurst Drive,
Condominium Unit 203, Beverly Hills,
California 90210, And All Proceeds
Traceable Thereto;

Any And All Funds On Deposit In Stifel
Nicolaus & Co. Account Number Ending
In 9142, Held In The Name Of 7d Business
Bureau Inc., And All Proceeds
Traceable Thereto; and

Any And All Funds On Deposit In
Citizens Business Bank Account
Number Ending In 7135, Held In The
Name Of 7d Business Bureau Inc., And
All Proceeds Tracable Thereto

The purpose of this letter is to alert you, on behalf of Yosef Y. Manela, that a series of forfeiture complaints have been filed along with an indictment against Mr. Derkach. Copies of the relevant documents are attached. Essentially these forfeiture complaints place the identified properties beyond Mr. Manela's custody or control. Please refer to the attached Direct Notice Letter Dated December 16, 2022, for an outline of the steps you need to take to make any claims to the forfeiture property. Of immediate importance is that claimants to the properties subject to these forfeiture actions must file specified items by specified times.

Andrii Derkach and Oksana Terekhova
Page 2


In particular:

> Pursuant to Supp. Rule G(4)(b)(ii)(B), any claim to the above captioned defendants *in rem* must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, New York 11201 no later than thirty-five (35) days after the date hereof, that is by **January 20, 2023**. In accordance with Supp. Rule G(5)(a)(i), any claim must identify the specific property claimed, identify the claimant and state the claimant's interest in the property, and be signed by the claimant under penalty of perjury;

Mr. Manela cannot continue to represent you in any capacity for obvious reasons. We recommend that you hire one of the following attorneys:


Gabriel G. Green
Sanjay Bhandari
Shareholder Buchalter
T (213) 891-5029
C (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com




Very truly yours,

*Edward M. Robbins Jr.*

EDWARD M. ROBBINS, JR.


Enclosures:

derkach_complaint_final_0.pdf
derkach_indictment_0.pdf
Direct Notice Letter Dated December 16 2022
ECF 1 - Verified Complaint in rem
Notice of Pendency of Action (Unit 103)

Andrii Derkach and Oksana Terekhova
Page 2

Notice of Pendency of Action (Unit 203)
Rule G
Warrant for Arrest of Citizen Business Bank Account Ending in 7135
Warrant for Arrest of Stifel Nicolaus & Co. Bank Account Ending in 9142