# EXHIBIT B

| From: | McConnell, Artie (USANYE) |
|---|---|
| To: | Poscablo, Ryan |
| Cc: | Welk, Steven; Gordienko, Ivan; Harris, Drew |
| Subject: | Re: 22-CR-432 |
| Date: | Tuesday, March 14, 2023 3:36:32 PM |

Just following up on this - any update?

**From:** Poscablo, Ryan <rposcablo@Steptoe.com>
**Sent:** Tuesday, February 7, 2023 1:58:11 PM
**To:** McConnell, Artie (USANYE) <AMcConnell@usa.doj.gov>
**Cc:** Welk, Steven <swelk@Steptoe.com>; Gordienko, Ivan <igordienko@Steptoe.com>; Harris, Drew <dcharris@Steptoe.com>
**Subject:** [EXTERNAL] Re: 22-CR-432

I had not realized. Can you send along the indictment and arrest warrant please? Let me review and revert.

Ryan

> On Feb 7, 2023, at 1:26 PM, McConnell, Artie (USANYE) <Artie.McConnell@usdoj.gov> wrote:
>
>
> Hi Ryan, thanks for getting back to me. Just making sure you are the POC and that you're aware of the superseding indictment/arrest warrant. Judge Irizarry's chambers had asked me if either of the defendants will be appearing – I assume that Terekhova will not be coming to the U.S. and surrendering? Let me know if that's the case.
>
> Happy to discuss anything else at your convenience.
>
> Artie
>
>
> **Artie McConnell** | Assistant United States Attorney
> **U.S. Attorney's Office, Eastern District of New York**
> Deputy Chief, National Security and Cybercrime Section
> 271 Cadman Plaza East | Brooklyn, NY 11201
> 718.254.7150 (Direct Phone) | 718.254.6076 (Fax)
> artie.mcconnell@usdoj.gov
>
>
>
> **From:** Poscablo, Ryan <rposcablo@Steptoe.com>
> **Sent:** Monday, February 6, 2023 3:21:09 PM
> **To:** McConnell, Artie (USANYE) <AMcConnell@usa.doj.gov>

**Cc:** Welk, Steven <swelk@Steptoe.com>; Gordienko, Ivan <igordienko@Steptoe.com>; Harris, Drew <dcharris@Steptoe.com>
**Subject:** [EXTERNAL] RE: 22-CR-432

Hey Artie.

I'm your huckleberry.  Let me know how I can be of service.

Ryan

**Ryan P. Poscablo**
Partner
rposcablo@Steptoe.com
+1 212 506 3921 direct | +1 917 748 4286 mobile

# Steptoe

Steptoe & Johnson LLP
1114 Avenue of the Americas | New York, NY 10036
www.steptoe.com

---

**From:** McConnell, Artie (USANYE) <Artie.McConnell@usdoj.gov>
**Sent:** Monday, February 6, 2023 2:24 PM
**To:** Welk, Steven <swelk@Steptoe.com>; Poscablo, Ryan <rposcablo@Steptoe.com>; Gordienko, Ivan <igordienko@Steptoe.com>; Harris, Drew <dcharris@Steptoe.com>
**Subject:** 22-CR-432

Counsel,

I am the AUSA handling the Derkach criminal matter. I understand you are representing Oksana Terekhova on some related civil matters. Are you representing her on the criminal case as well? Please let me know at your convenience. Thanks.

**Artie McConnell** | Assistant United States Attorney
**U.S. Attorney's Office, Eastern District of New York**
Deputy Chief, National Security and Cybercrime Section
271 Cadman Plaza East | Brooklyn, NY 11201
718.254.7150 (Direct Phone) | 718.254.6076 (Fax)
artie.mcconnell@usdoj.gov