# EXHIBIT C

| From: | Welk, Steven |
|---|---|
| To: | madeline.oconnor@usdoj.gov |
| Cc: | Poscablo, Ryan |
| Subject: | US v. 432 North Oakhurst Drive, etc., et al., EDNY Case No. CV-22-7410 (DLI) (PK) |
| Date: | Tuesday, January 17, 2023 2:10:59 PM |

**Dear AUSA O'Connor,**

**Good afternoon. My name is Steve Welk. Mr. Poscablo and I represent 73DT Business Enterprises, LLC, 7D Business Bureau, Inc, and Oksana Terekhova with respect to the above-referenced matter. We'd like to discuss the matter with you at your earliest convenience. Can you let us know your availability this afternoon or tomorrow morning?**

**Thanks.**

**Steve Welk**
Senior Counsel
swelk@Steptoe.com

# Steptoe

| +1 213 439 9410 direct | Steptoe & Johnson LLP |
| +1 213 439 9599 fax | 633 West Fifth Street |
| | Suite 1900 |
| | Los Angeles, CA 90071 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.