

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

BGK:MMO
F. #2022V03577

November 15, 2023

By ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. The Real Property and Premises Known as 432
       North Oakhurst Drive, Condominium Unit 103, Beverly Hills,
       California 90210, and All Proceeds Traceable Thereto, et al.
       Civil Action No. 22-7410 (DLI) (PK)

Dear Judge Irizarry:

    The government respectfully submits this letter to request an adjournment of the motion conference/oral argument currently scheduled for November 30, 2023, to a date convenient to the Court, due to a change in the government's trial calendar. Specifically, government counsel has been ordered to commence trial on November 28, 2023 in a separate matter, and such trial might not conclude prior to November 30, 2023. This is the government's first request for an adjournment of the motion conference/oral argument. The government has conferred with opposing counsel, who consent to an adjournment, and respectfully submits the following proposed dates as potential alternatives: December 12, 2023 through December 14, 2023, and January 17, 2024 through January 19, 2024.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

            By: /s/ Madeline O'Connor
              Madeline O'Connor
              Assistant U.S. Attorney
              (631) 715-7870