**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

---------------------------------X

UNITED STATES OF AMERICA,                :

                              Plaintiff,

       -against-

REAL PROPERTY AND PREMISES KNOWN AS
432 NORTH OAKHURST DRIVE,
CONDOMINIUM UNIT 103, BEVERLY HILLS,
CALIFORNIA 90210, AND ALL PROCEEDS
TRACEABLE THERETO;

REAL PROPERTY AND PREMISES KNOWN AS
432 NORTH OAKHURST DRIVE,
CONDOMINIUM UNIT 203, BEVERLY HILLS,         Civil Action No. 22-CV-7410-DLI-PK
CALIFORNIA 90210, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN STIFEL
NICOLAUS & CO. ACCOUNT NUMBER ENDING
IN 9142, HELD IN THE NAME OF 7D BUSINESS
BUREAU INC., AND ALL PROCEEDS
TRACEABLE THERETO; and

ANY AND ALL FUNDS ON DEPOSIT IN
CITIZENS BUSINESS BANK ACCOUNT
NUMBER ENDING IN 7135, HELD IN THE
NAME OF 7D BUSINESS BUREAU INC., AND
ALL PROCEEDS TRACABLE THERETO,

                       Defendants *In Rem*

---------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Claimants 7D Business Bureau, Inc., and 73DT Business

Properties, LLC, hereby appeal to the United States Court of Appeals for the Second Circuit

from the order granting the Motion to Strike the Claims Filed by 7D Business Bureau, Inc. and

73DT Business Properties, LLC filed by United States of America (ECF No. 28) entered in this action on December 11, 2023. This notice is timely filed pursuant to Fed. R. App. P. 4(a)(1)(B).

Dated: February 9, 2024

    Respectfully submitted,

    /s/ Ryan P. Poscablo

    Ryan P. Poscablo
    Steptoe LLP
    1114 Avenue of the Americas
    New York, NY 10036
    212 506 3900
    rposcablo@steptoe.com

    *Attorneys for Claimants*