UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 103, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;

REAL PROPERTY AND PREMISES KNOWN AS 432 NORTH OAKHURST DRIVE, CONDOMINIUM UNIT 203, BEVERLY HILLS, CALIFORNIA 90210, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN STIFEL NICOLAUS & CO. ACCOUNT NUMBER ENDING IN 9142, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACEABLE THERETO; and

ANY AND ALL FUNDS ON DEPOSIT IN CITIZENS BUSINESS BANK ACCOUNT NUMBER ENDING IN 7135, HELD IN THE NAME OF 7D BUSINESS BUREAU INC., AND ALL PROCEEDS TRACABLE THERETO,

Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – – – – – – – – X

**DECREE OF FORFEITURE AND ORDER FOR DELIVERY**

Civil Action No. 22-CV-7410
(Irizarry, J.) (Eshkenazi, M.J.)

WHEREAS, on or about December 7, 2022, the United States of America ("United States" or "Plaintiff") commenced the above-captioned action ("this Action") by filing a Verified Complaint *In Rem* (the "Verified Complaint"), alleging, *inter alia*, that:

(a) The real property and premises known as 432 North Oakhurst Drive, Condominium Unit 103, Beverly Hills, California 90210, together with its appurtenances, improvements, fixtures, easements, furnishings

and attachments thereon, as well as all leases, rents, and profits therefrom, and all proceeds traceable thereto;

(b) The real property and premises known as 432 North Oakhurst Drive, Condominium Unit 203, Beverly Hills, California 90210, together with its appurtenances, improvements, fixtures, easements, furnishings and attachments thereon, as well as all leases, rents, and profits therefrom, and all proceeds traceable thereto ((a) and (b), collectively, the "Defendant Condominiums");

(c) Any and all funds on deposit in Stifel Nicolaus & Co. account number ending in 9142, held in the name of 7D Business Bureau Inc., and all proceeds traceable thereto; and

(d) Any and all funds on deposit in Citizens Business Bank account number ending in 7135, held in the name of 7D Business Bureau Inc., and all proceeds traceable thereto ((c) and (d), collectively, the "Defendant Accounts"),

((a) through (d), collectively, the "Defendants *In Rem*"), are subject to forfeiture pursuant to: 18 U.S.C. § 981(a)(1)(A), as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and/or 1957, or property traceable to such property; 18 U.S.C. § 981(a)(1)(C), as property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1344, and/or 50 U.S.C. § 1705(a), or a conspiracy to commit such offenses; and/or 31 U.S.C. § 5335(e), as property involved in a violation of 31 U.S.C. § 5335, or a conspiracy to commit such violation, and property traceable thereto;

WHEREAS, on or about December 14, 2022, the Court issued Warrants for Arrest of Articles *In Rem* (collectively, the "Warrants"), authorizing the United States to seize the Defendant Accounts;

WHEREAS, on or about December 15, 2022, agents of the Federal Bureau of Investigation ("FBI") executed the Warrants against the Defendant Accounts;

WHEREAS, on or about December 16, 2022, and January 6, 2023, Plaintiff served copies of the Verified Complaint on all known potential claimants to the Defendants *In Rem*;

WHEREAS, notice of this Action was also published on an official internet government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 24, 2022, through and including January 22, 2023;

WHEREAS, on or about February 21, 2023, 7D Business Bureau, Inc. ("7D") filed a verified claim asserting an interest in the Defendant Accounts;

WHEREAS, on or about February 21, 2023, 73DT Business Properties, LLC[1] ("73DT") filed a verified claim asserting an interest in the Defendant Condominiums;

WHEREAS, on or about February 21, 2023, Yosef Manela ("Manela") filed a verified claim asserting an interest in the Defendants *In Rem*;

WHEREAS, on March 14, 2023, 7D and 73DT filed a motion to dismiss the Verified Complaint ("Motion to Dismiss");

WHEREAS, on March 14, 2023, Manela filed a motion to join in the Motion to Dismiss;

WHEREAS, on March 20, 2023, the United States filed a motion requesting, *inter alia*, a pre-motion conference in anticipation of the United States filing a motion to strike the claims filed by 7D and 73DT, pursuant to 28 U.S.C. § 2466, the fugitive disentitlement statute (the "Motion to Strike"), and that the Motion to Dismiss be held in abeyance or dismissed with leave to refile;

---

[1] Although the correct name of the entity is 73DT Business Properties, LLC, it has also been referred to as 73DT Business Enterprises, LLC in this Action.

WHEREAS, on March 27, 2023, 7D and 73DT responded to the United States' motion for a pre-motion conference;

WHEREAS, on April 13, 2023, the Court granted the United States' motion for a pre-motion conference and scheduled a pre-motion conference for June 5, 2023;

WHEREAS, on May 31, 2023, Manela withdrew his claim, with prejudice;

WHEREAS, on June 5, 2023, the Court held a pre-motion conference, at the conclusion of which the Court terminated the Motion to Dismiss without prejudice, stayed discovery in this Action, granted the United States' request to file the Motion to Strike, and set a briefing schedule for the Motion to Strike;

WHEREAS, on July 17, 2023, the United States filed the Motion to Strike;

WHEREAS, on August 28, 2023, 7D and 73DT filed an opposition to the Motion to Strike;

WHEREAS, on September 25, 2023, the United States filed a reply in support of the Motion to Strike;

WHEREAS, on December 11, 2023, the Court issued an Order granting the Motion to Strike (the "Order"), stating that a written opinion would follow;

WHEREAS, on February 9, 2024, 7D and 73DT appealed from the Order;

WHEREAS, on March 25, 2024, the Court issued a written Memorandum and Order granting the Motion to Strike (the "Decision");

WHEREAS, on April 29, 2024, 7D and 73DT filed an amended notice of appeal from the Decision;

WHEREAS, on March 4, 2026, the Second Circuit affirmed the Decision;

WHEREAS, no other person or entity has filed a claim to, or asserted an ownership interest in, the Defendants *In Rem*, and the time to do so has expired;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 31 U.S.C. § 5335(e), the Defendants *In Rem* are forfeited and condemned to the use and benefit of the United States; and it is further

ORDERED, ADJUDGED AND DECREED that the United States Marshals Service, the FBI, their agents and/or duly authorized contractors be directed to pay their costs incurred incident to this proceeding and then dispose of the Defendants *In Rem* in accordance with all applicable laws and regulations; and it is further

ORDERED, ADJUDGED AND DECREED that the District Court shall retain jurisdiction over this Action to enforce this Decree of Forfeiture and Order for Delivery; and it is further

~~ORDERED, ADJUDGED AND DECREED that the Clerk of the Court shall forward four (4) certified copies of this Decree of Forfeiture and Order for Delivery to the~~

~~United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11722, Attn: Assistant U.S. Attorney Madeline O'Connor~~.

Dated: Brooklyn, New York
September 30, 2026

Dora L. Irizarry
HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK