**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States | COURT CASE NUMBER<br>22-CV-7410 |
| DEFENDANT<br>Real Property Known As 432 North Oakhurst Dr, et al. | TYPE OF PROCESS<br>Decree of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Attn: Teresa Kwan, USMS Eastern District of New York

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| JOSEPH NOCELLA, JR., United States Attorney<br>Eastern District of New York<br>610 Federal Plaza, Central Islip, NY 11722<br>Attn: Kristen Lake | Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please excute the Decree of Forfeiture and deposit the amount of $383,073.83 into the AFF. Return reciept requested.

CAT ID # 23-FBI-000968

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Madeline O'Connor KL | [x] PLAINTIFF<br>[ ] DEFENDANT | 631-715-7876 | 10/2/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | 53 | 53 | [signature] | 10/2/26 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [x] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 10/7/26 | [ ] am [ ] pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

$383,073.83 transferred to AFF on 10/7/26

Form USM-285
Rev. 03/21